### Thomas F. NEWMAN, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Dec. 12, 1952.

Sandy Paniello, Louisville, for movant.

J. D. Buckman, Jr., Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Jefferson Circuit Court, Criminal Branch, First Division. Judgment of conviction for operating a motor vehicle while under the influence of intoxicating beverage. $100 fine. The facts, questions raised, authorities cited and applicable law have been carefully considered by the Court.

Appeal denied.

Judgment affirmed.